UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>1313 RESTAURANT GROUP, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-1425-JLT-BAM<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO MOTION FOR 180-DAY EXTENSION**<br><br>(Doc. 4) |

　　　　On September 29, 2023, Plaintiff Jose Escobedo ("Plaintiff") filed this civil action pursuant to the Americans with Disabilities Act of 1990 and related California statutes against the following defendants: 1313 Restaurant Group, LLC dba Marie Callender's; David L. Ricci, Trustee of the Ricci Family Trust dated July 2, 1976; Krystal Ricci, Trustee of the Ricci Family Trust dated July 2, 1976; and John L. Consentino, Trustee of the Ricci Family Trust dated July 2, 1976.  (Doc. 1.)

　　　　On October 25, 2023, David L. Ricci, proceeding pro se, filed a motion requesting "more time" of approximately 180 days.  (Doc. 4.)  Mr. Ricci asserts his belief that "they have the wrong David L. Ricci" and states that he has "no knowledge of the defendants listed."  (*Id.* at 4.)

　　　　It is presumed that Mr. Ricci is requesting additional time to respond to the complaint in this action.  Having considered the request, and the statements made therein, the Court finds it appropriate for Plaintiff to file a response to the motion.  Accordingly, **within fourteen (14) days**

1

1  from the date of this order, Plaintiff shall file a written response to Mr. Ricci's motion.

2

3  IT IS SO ORDERED.

4     Dated:   **October 27, 2023**                    /s/ *Barbara A. McAuliffe*        
5                                                         UNITED STATES MAGISTRATE JUDGE