| | |
|---|---|
| 1 | **Bruce A. Neilson #096952** |
|   | **7108 N. Fresno St. #410** |
| 2 | **Fresno, California 93720** |
|   | **Telephone (559) 432-9831** |
| 3 | **Facsimile (559) 432-1837** |
| 4 | **Attorney for Defendants** |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | | |
|---|---|---|
| JOSE ESCOBEDO, | ) | CASE NO. 1:23-cv-01425-JLT-BAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR 1313 RESTAURANT GROUP, LLC; DAVID L. RICCI, TRUSTEE; KRYSTAL RICCI, TRUSTEE and JOHN CONSENTINO, TRUSTEE TO RESPOND TO COMPLAINT |
| 1313 RESTAURANT GROUP, LLC, et al., | ) | |
| Defendants. | ) | |

Plaintiff JOSE ESCOBEDO ("Plaintiff") and 1313 RESTAURANT GROUP, LLC; DAVID L. RICCI, TRUSTEE; KRYSTAL RICCI, TRUSTEE and JOHN CONSENTINO, TRUSTEE ("Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate that Defendants' time to answer or otherwise respond to Plaintiff's complaint is extended to January 24, 2024. This extension of time is these Defendants' second request for an extension, and so court approval is required.

The scheduling conference is set for January 10, 2024, however, in light of the requested extension of time to respond, it is also requested that the joint scheduling conference be continued to a date convenient to the court after January 24, 2024.

The parties believe that the extension of time to respond until January 24, 2024 will facilitate a settlement of the case before a conference with the court is required, and thus save valuable court time and resources.

//////////////////

Plaintiff and Defendants continue to be in settlement negotiations at this time, but time is needed to conclude the terms of a settlement.

NOW THEREFORE, Defendants through their attorney, and Plaintiff through his attorneys, hereby stipulate and agree that the time for Defendants for 1313 RESTAURANT GROUP, LLC; DAVID L. RICCI, TRUSTEE; KRYSTAL RICCI, TRUSTEE and JOHN CONSENTINO, TRUSTEE to answer or otherwise respond to the Complaint shall be extended up to and including January 24, 2024, pending court approval, and that the scheduling conference be continued to a date after January 24, 2024 convenient to the court.

IT IS SO STIPULATED.

Dated: December 19, 2023

MOORE LAW FIRM, P.C.
/s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Jose Escobedo

Dated: December 19, 2023

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for 1313 Restaurant Group, LLC; David L. Ricci, Trustee; Krystal Ricci, Trustee and John Consentino, Trustee

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendants 1313 RESTAURANT GROUP, LLC; DAVID L. RICCI, TRUSTEE; KRYSTAL RICCI, TRUSTEE and JOHN CONSENTINO shall have until January 24, 2024 to answer or otherwise respond to the Complaint, and that the scheduling conference in this matter is hereby continued to **February 22, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:   **December 21, 2023**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE